UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: 12/14/2009
CRIMINAL DOCKET NO. 09-857(JAP) 01-04

JUDGE JOEL A. PISANO
COURT REPORTER : Joanne Caruso
COURTROOM DEPUTY: Dana Sledge

TITLE OF CASE:
USA vs. Kim E. Hawkins, et al.,

APPEARANCES:
Dept of Justice Trial Attorneys:
Brigham Cannon & Hank Bond Walter
AUSA - Jennifer Davenport
Paralegal - Elizabeth Sebesky
PTS present.
CJA apptd - Stacey Biancamano, Esq., for defts #1
CJA apptd - Hal Haveson, Esq., for deft #2
CJA apptd - Michael O'Donnell (standing-in Joshua Markowitz) for deft #3
CJA apptd - Charles Waldron, Esq., for deft #4
Kim Hawkins, deft present.
Larry Berke, deft present.
Dary Berke, deft present.
Lisa Goetz, deft present.
Anna Steckel, sign language interpreter present.
Stephen Toth, Jr., sign language interpreter present.

NATURE OF PROCEEDINGS:
Arraignment & bail modification proceeding held on the Indictment.

Defendant(s) informed of charges, rights and penalties.
Defendant(s) waive reading of the Indictment.
Defendant(s) entered a not guilty plea as to all counts of the Indictment.
Complex order for discovery & inspection filed.
Trial schedule: Pretrial motions due 01/11/2010; Opposition due 01/25/2010; Motion hearing set for 02/08/2010 at 10:00 a.m.; Jury trial set 02/22/2010 at 9:30 a.m.
Parties directed to submit proposed order regarding any bail modifications.
Chambers conference held.

TIME COMMENCED 11:30 a.m. TIME ADJOURNED 12:30 p.m.

s/Dana Sledge, Courtroom Deputy